# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMIANTRA MAURICE CLAY, | No. 2:20-CV-2120-DMC-P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's request for clarification, ECF No. 8.

Petitioner's seeks clarification of findings and recommendations issued on December 23, 2020.  Petitioner's request, construed as a motion, will be denied as moot because the December 23, 2020, findings and recommendations have been vacated.  See ECF No. 9.  The Court's January 22, 2021, order explains the status of this case, which currently proceeds on Petitioner's first amended petition at ECF No. 10.  By separate order, the Court will address the sufficiency of Plaintiff's amended petition.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for clarification is construed as a motion; and

2. So construed, Petitioner's motion, ECF No. 8, is denied as moot.

Dated: March 4, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE