IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMIANTRA MAURICE CLAY, | No. 2:20-CV-2120-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| PATRICK COVELLO,[1] | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 22, 2021, the Court directed Petitioner to resolve the fee status for this case, either by paying the $5.00 or filing an application for leave to proceed in forma pauperis. See ECF No. 9. A review of the docket reflects that fees paid in a related case which has been administratively closed have been applied to this case. See Receipt entered on the docket in this action on November 25, 2020. Accordingly, the portion of the January 22, 2021, order requiring Petitioner to resolve fees will be vacated. The sufficiency of Petitioner's first amended petition will be addressed separately.

/ / /

/ / /

---

[1] The first amended petition names Patrick Covello as the Respondent. The Clerk of the Court will be directed to update the docket accordingly.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to reflect that the Respondent is Patrick Covello; and

2. The portion of the Court's January 22, 2021, order requiring Petitioner to resolve the fee status for this case is vacated.

Dated: March 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE